# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFERIE DEMETRIUS DEES, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION NO. 16-00304-WS-C |
| | : | CRIMINAL ACTION NO. 05-225-WS-C |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 12, 2017, is **ADOPTED** as the opinion of this Court.

**DONE** this 11th day of May, 2017.

        s/WILLIAM H. STEELE
        **UNITED STATES DISTRICT JUDGE**